SARAH BRYAN FASK, PA Bar No. 306549
sfask@littler.com
1601 Cherry Street
Suite 1400
Philadelphia, Pennsylvania 19102
Telephone:  267.402.3070
Facsimile:  267.402.3131
ADMITTED PRO HAC VICE

COURTNEY CHAMBERS, Bar No. 184429
cchambers@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California  94104
Telephone:  415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendants
HERRON PAINTING CO., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HERRON PAINTING CO., a California Partnership, *et al.*,<br><br>　　　　　Defendants. | Case No.  3:23-CV-00458-TSH<br><br>**[PROPOSED] ORDER GRANTING LITTLER MENDELSON, P.C.'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS HERRON PAINTING CO., *ET AL.***<br><br>Date:　　　May 9, 2024<br>Time:　　　10:00 a.m.<br>Courtroom:　E, 15th Floor<br>Judge:　　　Hon. Thomas S. Hixson<br><br>Complaint Filed: February 1, 2023<br>Trial Date:　　　September 16, 2024 |

On this 9th day of May, 2024, the Court heard Littler Mendelson, a Professional Corporation's Motion to Withdraw as Counsel for Defendants Herron Painting Co., Herron Painting, Inc., Kevin Herron, and Dora Herron, in the above-entitled matter. The Court having considered this motion and finding good cause, hereby GRANTS THIS MOTION.

IT IS THEREFORE ORDERED that Littler Mendelson, a Professional Corporation, and all of its attorneys of record in this matter, including Sarah Bryan Fask and Courtney Chambers, be and are hereby relieved of their duties as counsel of record for Defendants Herron Painting Co., Herron Painting, Inc., Kevin Herron, and Dora Herron.

**IT IS SO ORDERED**

_____
Magistrate Judge Thomas S. Hixson
United States District Court Judge

4889-0469-4369v2/120391.1001