UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HERRON PAINTING CO.,, et al.,<br><br>　　　　　　Defendants. | Case No.  23-cv-00458-TSH   (LJC)<br><br>**ORDER REGARDING DATE FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 34, 37 |

In light of the pending motion to withdraw filed by Defendants' counsel, ECF No. 37, the April 19, 2024 settlement conference is continued to June 10, 2024 at 10:30 AM via Zoom. If additional time is needed for the resolution of the motion to withdraw, or to secure new counsel if the motion to withdraw is granted, the Court will consider a further request to extend the date for the next settlement conference beyond June 10, 2024. Judge Cisneros, however, intends to complete settlement negotiations by July 5, 2024, the current deadline to file dispositive motions. *See* ECF No. 36. Defendants may participate in the settlement conference without counsel if they decide to proceed without legal representation.

Defense counsel shall mail a copy of this order to Defendants by April 9, 2024 and file a certificate of service.

**IT IS SO ORDERED.**

Dated: April 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge