UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HERRON PAINTING CO.,, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00458-TSH<br><br>**ORDER TO SHOW CAUSE** |

Pending before the Court is a motion for summary judgment, or in the alternative, summary adjudication against Plaintiffs Kevin Herron and Dora Herron, brought by Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund et al.  ECF No. 72. Defendants Kevin Herron and Dora Herron failed to file an opposition in compliance with Civil Local Rule 7.  Accordingly, the Court hereby **VACATES** the May 8, 2025 noticed hearing date and **ORDERS** Defendants to show cause why the Court should not grant Plaintiffs' motion. Defendants shall file a declaration by May 5, 2025 and simultaneously file either an opposition in compliance with Civil Local Rule 7-3(a) or a statement of nonopposition in compliance with Local Rule 7-3(b).  If Defendants file an opposition, Plaintiffs may file any reply by May 12, 2025.

**IT IS SO ORDERED.**

Dated: April 21, 2025

　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge